# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159498(79)
159499

*In re* VERNON EUGENE PROCTOR, M.D.
_____

BUREAU OF HEALTH CARE SERVICES,
      Petitioner-Appellee,

v

VERNON EUGENE PROCTOR, M.D.,
      Respondent-Appellant.
_____

SC: 159498
COA: 342029
LARA Bureau of Professional
   Licensing: 15-041398

BUREAU OF HEALTH CARE SERVICES,
      Petitioner-Appellee,

v

VERNON EUGENE PROCTOR, M.D.,
      Respondent-Appellant.
_____/

SC: 159499
COA: 342676
Bd of Medicine: 15-041397

On order of the Chief Justice, the motion of petitioner-appellee to extend the time for filing and to exceed the page limitation for its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before June 13, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2019



Clerk